

**RECEIVED** VW
3/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Teresa Brown )
_____ )
)
)
Plaintiff(s), )
)
v. )
Advocate Aurora Health )
including Advocate at Home Division )
)
Defendant(s). )

1:26-cv-03131
Judge April M. Perry
Magistrate Judge Jeannice W. Appenteng
RANDOM, CAT 2

Case Number: _____

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _____Teresa Brown_____ of the
county of __Cook_____ in the state of __Illinois__.

3. The defendant is __Advocate Aurora Health/Including Advocate at H___ whose
__Division__
street address is __3075 Highland Pkwy Ste 600_____,
(city)__Downers Grove__ (county)__Dupage___ (state)__Illinois__ (ZIP)__60515__
(Defendant's telephone number) __847-685 1447_____

4. The plaintiff sought employment or was employed by the defendant at (street address)
__2311 W 22nd St Suite #300__ (city)__Oak Brook___
(county)__Dupage__ (state)__IL___ (ZIP code)__60523__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

(a)    ☐    was denied employment by the defendant.

(b)    ☐    was hired and is still employed by the defendant.

(c)    ☒    was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) March , (day) 5th , (year) 2024.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)    The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)    ☒ the United States Equal Employment Opportunity Commission, on or about

(month) May (day) 27th (year) 2024

(ii)    ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)    If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☐ Yes, ☐ ☒ **No, but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

(a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☒ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month) *12-18-2025*
(day) *18th* (year) *2025.*

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☒ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☒ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) *12th* (day) *18th* (year) *2025* a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows: Plaintiff was employed by Advocate Aurora Health, Inc Advocate at Home Division for approximately 9 years. Plaintiff was employed in new department two years, plaintiff was placed on long term disability leave due to stress caused by manager. While on leave, Plaintiff was terminated and experienced harrassment and retaliation, Plaintiff filed an EEOC charge for discrimination and recieved a right to sue letter dated 3/18/2025

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): Pay back pay, front pay and compensatory damages as allowed by Law.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

*Teresa Brown*
(Plaintiff's signature)

*Teresa Brown*
(Plaintiff's name)

*8231 S. Colfax*
(Plaintiff's street address)

(City) *Chicago* (State) *IL* (ZIP) *60617*

(Plaintiff's telephone number) (312) – *783 7731*

Date: *March 18th 2025*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Teresa Brown,

Plaintiff,

v.

Advocate Aurora Health,

Defendant.

COMPLAINT

Plaintiff, Teresa Brown, is a resident of Chicago, Illinois.

Defendant, Advocate Aurora Health, employed Plaintiff for approximately nine (9) years.

Plaintiff was placed on a Level 3 disciplinary action shortly before taking disability leave for stress caused by her manager.

Plaintiff had just completed a second interview for an internal position. Interviewers indicated they wanted to hire her. Defendant was aware of this.

Following this, Plaintiff experienced harassment, was accused of misconduct, and had system access removed.

Plaintiff was ultimately terminated while on long-term disability leave.

Plaintiff filed an EEOC charge for discrimination and received a Right-to-Sue letter dated December 18, 2025.

Plaintiff brings this action to preserve her claims of discrimination, retaliation, and related violations under federal law.

WHEREFORE, Plaintiff respectfully requests that this Court accept this complaint and allow Plaintiff to pursue her claims against Defendant.

Respectfully submitted,

Teresa Brown

8231 S. Colfax

Chicago, Illinois 60617

Phone: (312) 783-7731

Email: Theresayb01@yahoo.com


Date: March 18, 2026

Signature: *Teresa Brown*

Teresa Brown, Plaintiff (Pro Se)